JOHN H. RING, III
ATTORNEY AT LAW
385 CLEVELAND DRIVE
BUFFALO, NEW YORK 14215



Receipt # 11092563
10/17/11 cy

TEL: (716) 831-1994

October 12, 2011

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
300 Pearl Street, Suite 250
Buffalo, New York 14202

Re: BAILEY, CATHERINE MARIE   /Case # 08-10790
Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $5.57. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant TARGET NATIONAL BANK   Amount $ 3.16 Claim Register # 1

Claimant Roundup Funding, LLC   Amount $ 2.41 Claim Register # 7

JOHN H. RING, III
Trustee

JHR/pls
Enc.



FILED OCT 17 2011 BANKRUPTCY COURT BUFFALO, N.Y.